UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

BRYAN S. VANCAMP,           )    CASE NO. 5:07 CV 1667

        Petitioner,    )    JUDGE PETER C. ECONOMUS

    v.               )

                    )    <u>MEMORANDUM OF OPINION</u>
STARK COUNTY,         )    <u>AND ORDER</u>

        Respondent.    )

On June 6, 2007, petitioner <u>pro se</u> Bryan S. VanCamp filed the above-captioned petition for writ of habeas corpus under 28 U.S.C. § 2254.  VanCamp is confined in an Ohio penal institution, having been convicted of felonious assault, pursuant to a guilty plea, in February 2003.  For the reasons stated below, the petition is denied and this action dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

A federal court may entertain a habeas petition filed by a person in state custody only on the ground that he is in custody in violation of the Constitution, laws, or treaties of the United States.  28 U.S.C. § 2254(a).  In addition, a petitioner must have exhausted all available state remedies.  28 U.S.C. § 2254(b).

It appears evident on the face of the petition that petitioner has not yet sought review of his conviction in the Ohio

Supreme Court.[1]  Such review may be available, <u>see</u> Ohio Sup.Ct.R.P. II, sec. 2(A)(4)(a), and must be sought in order to exhaust state court remedies.  <u>Rust v. Zent</u>, 17 F.3d 155, 160 (6th Cir. 1994).

Accordingly, the petition is denied and this action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed. R.App.P. 22(b); 28 U.S.C. § 2253.

IT IS SO ORDERED.

<u>S/Peter C. Economus - 8/1/07</u>
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE

---

[1]  The Ohio Court of Appeals granted VanCamp a delayed appeal, then affirmed his conviction.  No appeal was taken from that court's decision.  <u>State v. VanCamp</u>, No. 2006CA000017, 2007 WL 338465 (Stark Cty. App. Feb. 5, 2007).

2